UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RINCON MUSHROOM CORPORATION OF AMERICA, a California Corporation; and MARVIN DONIUS, a California resident,<br><br>Plaintiffs,<br><br>v.<br><br>BO MAZZETTI; JOHN CURRIER; VERNON WRIGHT; GILBERT PARADA; STEPHANIE SPENCER; CHARLIE KOLB; DICK WATENPAUGH; TISHMALL TURNER; STEVE STALLINGS; LAURIE E. GONZALEZ; ALFONSO KOLB, SR.; MELISSA ESTES; and RINCON BAND OF LUISEÑO INDIANS, a federally recognized Indian Tribe,<br><br>Defendants. | Case No.: 3:09-cv-02330-WQH-JLB<br><br>**FINAL JUDGMENT** |
| RINCON BAND OF LUISEÑO INDIANS, a federally recognized Indian Tribe,<br><br>Counter-Claimant,<br><br>v.<br><br>RINCON MUSHROOM CORPORATION OF AMERICA, a California Corporation; and MARVIN DONIUS, a California resident,<br><br>Counter-Defendants. | |

# JUDGMENT

HAYES, Judge:

On March 16, 2022, this Court entered an Order (ECF No. 176) DENYING the Motion for Summary Judgment filed by Plaintiffs/Counter-Defendants Rincon Mushroom Corporation of America ("RMCA") and Marvin Donius (ECF No. 166) and GRANTING the Motion for Summary Judgment filed by Defendants/Counter-Claimants Rincon Band of Luiseño Indians (the "Tribe"), Bo Mazzetti, John Currier, Vernon Wright, Gilbert Parada, Stephanie Spencer, Charlie Kolb, Dick Watenpaugh, Tishmall Turner, Steve Stallings, Laurie E. Gonzalez, Alfonso Kolb, Sr., and Melissa Estes (collectively, the "Tribal Officials") (ECF No. 170). Specifically, this Court ordered that the Tribe and Tribal Officials "are entitled to prevail on their counterclaim regarding the recognition and enforcement of the June 26, 2020 Amended Judgment of the Rincon Trial Court." (ECF No. 176 at 26.)

On August 8, 2022, this Court entered an Order (ECF No. 202) GRANTING the Motions to Dismiss the Third-Party Complaint filed by Third Party Defendants San Diego Gas & Electric ("SDG&E") (ECF No. 186), the Tribe (ECF No. 188), and the County of San Diego (the "County") (ECF No. 189). On November 30, 2022, this Court entered an Order (ECF No. 213) DENYING the Motion for Leave to File Second Amended Complaint filed by Plaintiffs/Counter-Defendants RMCA and Marvin Donius (ECF No. 204).

Accordingly FINAL JUDGMENT is to be entered as follows:

1. JUDGMENT IS ENTERED in FAVOR of the Tribe and Tribal Officials on their counterclaim against RMCA and Marvin Donius regarding the recognition and enforcement of the June 26, 2020 Amended Judgment of the Rincon Trial Court.
2. JUDGMENT IS ENTERED AGAINST RMCA and Marvin Donius on all claims alleged against the Tribe and the Tribal Officials in the First Amended Complaint.

Dated: January 5, 2023

Hon. William Q. Hayes
United States District Court